IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff, | CASE NO.: 5:21-CV-235 (CDL) |
| v. | |
| $205,884.29 IN UNITED STATES FUNDS,<br>    First-Named Defendant Property, | |
| $50,725.23 IN UNITED STATES FUNDS,<br>    Second-Named Defendant Property, | |
| $129,926.80 IN UNITED STATES FUNDS,<br>    Third-Named Defendant Property, | |
| $50,949.54 IN UNITED STATES FUNDS,<br>    Fourth-Named Defendant Property, | |
| 247 Lana Drive, Gray, Jones County, Georgia,<br>    Fifth-Named Defendant Property. | |
| DOUGLAS W. MCDONALD,<br>    Claimant, | |
| JAMES J. MACIE,<br>    Claimant. | |

**ORDER VACATING THE JUDGMENT AND FINAL ORDER OF FORFEITURE
AS TO THE FIRST THROUGH FOURTH-NAMED DEFENDANT PROPERTIES**

This matter having come before the Court on the United States' Motion to Vacate the Judgment and Final Order of Forfeiture as to the First through the Fourth-Named Defendant Properties, in the above-entitled case, and no objection having been made to the Motion, the Court finds good cause.

THEREFORE, IT IS HEREBY ORDERED that the Court's November 9, 2021, Final Order of Forfeiture [Doc. 30] and Judgment [Doc. 31] dated November 10, 2021, is vacated as to the First through Fourth-Named Defendant Properties in the above-styled case. The Fifth-Named Defendant Property known as 247 Lana Drive, Gray, Jones County, Georgia remains forfeited to the United States.

SO ORDERED, this 7th day of November, 2023.

S/Clay D. Land

CLAY D. LAND, JUDGE UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF GEORGIA

PREPARED BY:

PETER D. LEARY
UNITED STATES ATTORNEY

/s/ SEAN S. DEITRICK
ASSISTANT UNITED STATES ATTORNEY
Tennessee Bar Number: 32064
Washington D.C. Bar Number: 1030533